Kenneth S. Kasdan, SBN 71427
kkasdan@kasdancdlaw.com
Graham B. LippSmith, SBN 221984
glippsmith@klwtlaw.com
Jaclyn L. Anderson, SBN 258609
janderson@klwtlaw.com
**KASDAN LIPPSMITH WEBER TURNER LLP**
360 East 2nd Street, Suite 300
Los Angeles, CA  90012
Tel: 213-254-4800
Fax: 213-254-4801

Jeffrey D. Kaliel, SBN 238293
jkaliel@kalielpllc.com
Sophia Goren Gold, SBN 307971
sgold@kalielpllc.com
**KALIEL PLLC**
1875 Connecticut Avenue NW
10th Floor
Washington, D.C. 20009
Tel: 202-350-4783

*Attorneys for Plaintiffs and the Classes*

David C. Bolstad, SBN 157886
dbolstad@safarianchoi.com
Jerome Jauffret, SBN 159135
jjauffret@safarianchoi.com
Michael Coleman, SBN 295462
mcoleman@safarianchoi.com
**SAFARIAN CHOI & BOLSTAD, LLP**
555 S. Flower Street, Suite 650
Los Angeles, CA  90071
Tel: (213) 481-6573
Fax: (213) 225-1146

*Attorneys for Non-Party*
*Willdan Financial Services*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GEORGE W. WOOLLEY, TAMMY S. WOOLLEY, ANTHONY LOOK, JR., KIMBERLY LOOK, ALEJANDRO MARCEY, and FELICIA MARCEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>YGRENE ENERGY FUND, INC.; YGRENE ENERGY FUND FLORIDA, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  2:20-mc-00049-CJC (SKx)<br><br>**JOINT CONSENT TO TRANSFER PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS TO NON-PARTY WILLDAN FINANCIAL SERVICES PURSUANT TO RULE 45(F)** |

**JOINT CONSENT TO TRANSFER PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS TO NON-PARTY WILLDAN FINANCIAL SERVICES PURSUANT TO RULE 45(F)**

1
2

**<u>JOINT CONSENT TO TRANSFER PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS TO NON-PARTY WILLDAN FINANCIAL SERVICES PURSUANT TO RULE 45(F)</u>**

3

Pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, Plaintiffs, George W.

4

Woolley, Tammy S. Woolley, Anthony Look, Jr., Kimberly Look, Alejandro Marcey, and

5

Felicia Marcey ("Plaintiffs") and non-party Willdan Financial Services ("Willdan"), by and

6

through their counsel of record, hereby jointly consent to the transfer of Plaintiffs' Motion to

7

Compel Production of Documents Pursuant to Subpoenas to Non-Party Willdan Financial

8

Services to the United States District Court for the Northern District of California, where the

9

underlying civil matter of *Woolley, et al. v. Ygrene, et al.*, Case No. 3:17-cv-01258-LB is

10

pending.

11

12

Dated:  April 30, 2020          **KASDAN LIPPSMITH WEBER TURNER LLP**

13

14

By:      /s/ *Graham B. LippSmith*
                   GRAHAM B. LIPPSMITH

15

                   JACLYN L. ANDERSON

16

                   **KALIEL PLLC**

17

                   JEFFREY D. KALIEL
                   SOPHIA GOREN GOLD

18

                   Attorneys for Plaintiffs and the Classes

19

20

Dated:  April 30, 2020          **SAFARIAN CHOI & BOLSTAD, LLP**

21

22

By:      /s/ *Jerome Jauffret*
                   DAVID C. BOLSTAD

23

                   MICHAEL COLEMAN
                   JEROME JAUFFRET

24

                   Attorneys for Non-Party Willdan Financial Services

25

26

27

28

**JOINT CONSENT TO TRANSFER PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS TO NON-PARTY WILLDAN FINANCIAL SERVICES PURSUANT TO RULE 45(F)**

1

## <u>CERTIFICATE OF SERVICE</u>

2

3      I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. I am an employee of or agent for Kasdan LippSmith Weber Turner LLP, whose business address is 360 East 2nd Street, Suite 300, Los Angeles, CA 90012.

4

5      I hereby certify that on April 30, 2020, I served the **JOINT CONSENT TO TRANSFER PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS TO NON-PARTY WILLDAN FINANCIAL SERVICES PURSUANT TO RULE 45(F)** to the following parties in this action addressed as follows:

6

7

8

9      ☑ (BY ELECTRONIC SERVICE) Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

10

11

12

13                                  **BUCKLEY LLP**
                               Frederick S. Levin (State Bar No. 187603)
                                     flevin@buckleyfirm.com
14                             Ali M. Abugheida (State Bar No. 285284)
                                   aabugheida@buckleyfirm.com
15                                100 Wilshire Boulevard, Suite 1000
                                        Santa Monica, CA 90401
16

17                              *Attorneys for Defendants Ygrene Energy Fund,*
                                *Inc. and Ygrene Energy Fund Florida, LLC*
18

19

20                           **SAFARIAN CHOI & BOLSTAD, LLP**
                                        David C. Bolstad
21                                  dbolstad@safarianchoi.com
                                       Michael Coleman
22                                 mcoleman@safarianchoi.com
                                        Jerome Jauffret
23                                  jjauffret@safarianchoi.com
                                        Laureen Torres
24                                  ltorres@safarianchoi.com
                                 555 S. Flower Street, Suite 650
25                                   Los Angeles, CA  90071

26
                                    *Attorneys for Non-Party*
27                                  *Willdan Financial Services*

28
                                                2
**JOINT CONSENT TO TRANSFER PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS TO NON-PARTY WILLDAN FINANCIAL SERVICES PURSUANT TO RULE 45(F)**

1

2       Executed on April 30, 2020 in Los Angeles, California. I declare under penalty of
perjury under the laws of the United States that the above is true and correct.

3

4                                          _____
                                           Niki B. Smith

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT CONSENT TO TRANSFER PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENAS TO NON-PARTY
WILLDAN FINANCIAL SERVICES PURSUANT TO RULE 45(F)**